IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNIVERSITY MANAGEMENT, INC., et al.                                                PLAINTIFFS

v.                                                                   CIVIL ACTION NO. 1:20-cv-00138-SA-RP

STATE AUTOMOBILE MUTUAL                                                          DEFENDANTS
INSURANCE COMPANY, et al.

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on July 1, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 12th day of August, 2021.

                                                   /s/ Sharion Aycock
                                                 UNITED STATES DISTRICT JUDGE